IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,                    No. CIV S-05-1451 LKK PAN P

   vs.

TOM CAREY,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed January 27, 2006, respondent was directed to respond to petitioner's amended petition within sixty days. On April 19, 2006, petitioner filed a request for a court order requiring respondent to answer the petition, and on April 26, 2006, petitioner filed a request for entry of default.

        Court records reflect that respondent was not served with the amended petition until April 11, 2006. Respondent's response to the petition is therefore not due until sixty days from that date.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's April 19, 2006 and

2 April 26, 2006 requests are denied.

3 DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
hard1451.o