IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,                 No. CIV S-05-1451 LKK EFB P

    vs.

TOM CAREY,

    Respondent.           ORDER

                            /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 27, 2006, the court directed respondent to respond to petitioner's application for a writ of habeas corpus within 60 days. On April 19, 2006, petitioner filed a request for the court to order respondent to answer the petition, and on April 26, 2006, filed a motion for entry of default. The court's order of June 14, 2006, found that respondent had not been served with the amended petition until April 11, 2006. Thus, the court found that the 60 days within which respondent was to answer had yet to expire and petitioner's requests were denied. On June 13, 2006, respondent filed his response to the amended petition.

       On September 5, 2006, petitioner again moved for default, again ignoring the time frame for filing a response. Respondent's June 13, 2006, answer was timely filed and there is no basis for entering a default. Moreover, the court's June 14, 2006, order gave notice to petitioner that

1 | any further motions for default made on the same basis would be without merit.

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. Respondent's June 13, 2006, answer was timely filed;

4 | 2. Petitioner's September 5, 2006, motion for entry of default is denied; and

5 | 3. Petitioner's filing of further motions for default based on the filing date of

6 | respondent's answer, or any other frivolous motions, may result in sanctions, including a

7 | recommendation that this action be dismissed.

8 | Dated: February 11, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2